

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00093-CR

Bobby **BORDELON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2517-CV
Honorable William Old, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED July 31, 2018.

_____
Patricia O. Alvarez, Justice